FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010
~~2009~~ JAN -4 PM 12: 00

DISTRICT OF UTAH
MAIL

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>JONATHAN DAVID BOOR<br>CYNTHIA ALLRED BOOR<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 08-28635 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
W. Henry Pond DMD PC                          $3.32
688 Vine Street
Murray, UT 84107

    The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3.32** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

    DATED this 29th day of December, 2009.

 

_____/s/_____
Steven R. Bailey, Trustee